STATE of Missouri, Respondent,

v.

Michael D. PILCHER, Appellant.

Michael D. PILCHER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 42900, WD 44649.

Missouri Court of Appeals,
Western District.

July 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Application to Transfer Denied
Oct. 24, 1995.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief after evidentiary hearing.

Judgment affirmed. Rule 84.16(b).